UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:03cr130-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| HERIBERTO SOTO LOPEZ (1), | ) | |
| Defendant | ) | |

This **MATTER** is before the Court on its own motion to administratively close the case as to following defendant **HERIBERTO SOTO LOPEZ** . The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 27, 2011

Frank D. Whitney
United States District Judge